SO ORDERED: May 22, 2017.


Robyn L. Moberly
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE: LUDMILA SERGEEVNA ALKHUTOVA

CASE NO.: 16-03027-RLM-13
CHAPTER 13

Debtor

### ORDER GRANTING DITECH FINANCIAL LLC'S MOTION FOR RELIEF FROM STAY AND ABANDONMENT (DOC #38)

This matter comes before the Court upon the Application for Abandonment and Motion for Relief from Stay filed herein by Creditor, Ditech Financial LLC, by counsel, David M Bengs, in the above-captioned estate, has moved for relief from the automatic stay pursuant to 11 U.S.C. §362(d) with respect to the following collateral:

The real estate commonly known as 14804 Fawn Hollow Lane, Noblesville, IN 46060 and more particularly described:

Lot Number 262 in Creekside at Cedar Path, Section 2, a subdivision in Hamilton County, Indiana, as per plat thereof Recorded October 14, 1999 as Instrument No. 99-60333 in Plat Cabinet 2, Slide 338, in the Office of the Recorder of Hamilton County, Indiana.

IT IS ORDERED that the automatic stay pursuant to 11 U.S.C. §362(a) is terminated with respect to the secured creditor and the affected collateral, and that the Trustee is ordered to abandon the affected collateral as burdensome or of inconsequential value to the estate pursuant to 11 U.S.C. §554 and L.B.R. 6007.

IT IS FURTHER ORDERED that Creditor, Ditech Financial LLC, is exempt from further compliance with Fed. Bankr. Rule P. 3002.1.

IT IS FURTHER ORDERED that the Rule 4001(a)(3) 14 day stay is waived.

# # #