UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re ALKHUTOVA, LUDMILLA          )    CASE NO. 16-03027-RLM-13
                                   )
       Debtor                      )

## MOTION FOR RELIEF FROM ORDER PURSUANT TO FEDERAL BANKRUPTCY RULE 9024

NOW COMES the Debtor and for her Motion For Relief from Judgement or Order states as follows:

1.      On October 3, 2017 this Court ordered that debtor was to be current with her payments or file an agreed entry or her case would be dismissed.

2.      The Debtor sent in payment which she mistakenly believed would bring her current but she failed to account for a step up in plan payment.

3.      Debtor seeks relief from the order requiring her to be current or file an agreed entry and instead wishes to file a Motion to Modify her confirmed Plan to address the delinquency and would file such a Motion within thirty days of the this Court granting her Motion for Relief.

        WHEREFORE the Debtor requests that this Court grant her relief from the October 3, 2017 order and for all further relief which this court deems just and proper in the premises.

                                Respectfully submitted

                                /s/ Steven J. Halbert____
                                Steven J. Halbert
                                Atty. No. 14254-02

0

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel electronically or by placing a copy in the United States Mail, postage prepaid, first class this 11th day of December 2017.

/s/s Steven J. Halbert___
Steven J. Halbert

Chapter 13 Trustee

US Trustee